UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

JEFFERSON RODRIGUEZ, FILIBERTO LUCENA,
DAVID PEREZ, LUIS FELICIANO, JEFFREY RIVERA,
JESSICA NIEVES as administratrix of the estate of
ANTONIO NIEVES, JOSEPH APARICIO, CARLOS
VAZQUEZ, and other Hispanics who are similarly
situated,

                                            Plaintiffs,

                      -against-

CITY OF NEW YORK, MARTHA E. STARK,
Commissioner of City of New York Department Of
Finance, LINDSAY EASON, Sheriff of City Of New
York, OSCAR ODOM III, First Deputy Sheriff
Commissioner, TIMOTHY LAROSE, Chief Of Operations
Sheriff's Office, THOMAS SCALI, Lieutenant, and
NANCY GOODMAN, Finance Department Advocate,

                                            Defendants.

-------------------------------------------------------------------------- x

**STIPULATION OF
DISMISSAL**

06 Civ. 1555 (RJH)

**IT IS HEREBY STIPULATED AND AGREED** that pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure:

1.     Plaintiffs' claims in the above-captioned matter are withdrawn and

dismissed with prejudice against all defendants pursuant to the Stipulation of Settlement and

Discontinuance executed by the parties on January 8, 2008.

Dated:        New York, New York
              January 8, 2008

CRONIN & BYCZEK, LLP
Attorneys for Plaintiffs
1983 Marcus Avenue, Suite C-120
Lake Success, New York 11042
(516) 358-1700

By: _____
        LINDA M. CRONIN, ESQ.

MICHAEL A. CARDOZO
Corporation Counsel of the
    City of New York
Attorney for Defendants
100 Church Street, Room 2-108
New York, New York 10007
(212) 788-0879

By: _____

        BASIL C. SITARAS
        Assistant Corporation Counsel

SO ORDERED
Richard J. Holwell, (USDJ)
1-22-08